

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-20-00344-CV
_____

IN THE INTEREST OF S.N.R.T., A CHILD

On Appeal from the 99th District Court
Lubbock County, Texas
Trial Court No. 2013-509,462, Honorable William C. Sowder, Presiding

January 5, 2021

## MEMORANDUM OPINION

Before PIRTLE and PARKER and DOSS, JJ.

Appellant, Cindy Renea Bell, appeals from the trial court's *Order in Suit to Modify Parent-Child Relationship*. We dismiss the appeal because Bell has not paid the filing fee and for want of jurisdiction.

Bell failed to pay the required filing fee upon filing her notice of appeal. By letter of December 7, 2020, the Clerk of this Court notified Bell that unless she was excused from paying court costs under Rule of Appellate Procedure 20.1, failure to pay the filing fee by December 17 would result in dismissal of the appeal. To date, Bell has not paid the filing fee or sought leave to proceed without payment of court costs. Because she

failed to comply with a requirement of the appellate rules and a notice from the Clerk requiring action within a specified time, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(c).

Furthermore, Bell filed her notice of appeal untimely. The trial court signed the *Order in Suit to Modify Parent-Child Relationship* on August 11, 2020. Bell timely filed a request for findings of fact and conclusions of law and a motion for new trial. Accordingly, her notice of appeal was due within ninety days after the order was signed, i.e. by November 9, 2020. *See* TEX. R. APP. P. 26.1(a). She filed a notice of appeal on December 4, 2020.

A timely notice of appeal is essential to invoking this Court's jurisdiction. *See* TEX. R. APP. P. 25.1(b), 26.1; *Verburgt v. Dorner*, 959 S.W.2d 615, 616-17 (Tex. 1997). By letter of December 8, 2020, we notified Bell that her notice of appeal appeared untimely and directed her to file a response by December 18 showing grounds for continuing the appeal. Bell has not filed a response to date. Accordingly, we dismiss her appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

For these reasons, the appeal is dismissed.

Per Curiam